# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                              **Case No.: 2:06-CR-100 (3)**
                                            **JUDGE SMITH**

**DEDRICK RICHARDSON,**

                        **Defendant.**            *Date of Original Judgment:*
                                             *April 11, 2007*

## <u>ORDER</u>

        This matter is before the Court on the Defendant's Motion to Reduce Sentence, pursuant to 18 U.S.C. §3582(c)(2), in an "Agreed Disposition Case." (Doc. 450). Defendant also filed a *pro se* motion for reduction of sentence. (Doc. 451). Defendant was originally sentenced on April 11, 2007 to 232 months imprisonment on Counts 1, 9, 10 and 12 to run concurrently with each other and 60 months on Count 11 to run consecutive to Counts 1, 9, 10 and 12 for conspiracy to manufacture, possession with intent to distribute and distribute more than 50 grams of cocaine base; conspiracy to possess with intent to distribute more than 5 kilograms of cocaine, possession with intent to distribute 500 grams or more of cocaine, and possession of a firearm in furtherance of a drug trafficking crime. Defendant's advisory sentencing guideline range was 262 to 327 months, based on an offense level 39 and criminal history category I.

        Defendant's sentence was previously reduced based on the Fair Sentencing Act of 2010, from 232 months to 210 months on Counts 1, 9, 10 and 12. The 60 months consecutive sentence on Count 11 remained unchanged. (*See* Doc. 356).

        On November 1, 2014, the United States Sentencing Commission promulgated Guideline Amendment 782, which reduced by two levels the offense levels assigned to the drug quantities set forth in §2D1.1 of the United States Sentencing Guidelines, as well as parallel changes for

the listed chemicals found in §2D1.11.  Defendants who are currently imprisoned for these drug offenses are eligible for retroactive application of the guidelines as long as they meet certain eligibility criteria.

Counsel for the government, defense counsel, and representatives of the United States Probation Department have met and are in agreement that Defendant meets the Sentencing Commission's eligibility requirements for the retroactive application of Amendment 782 to his case.  After considering the original guideline range, the extent of any downward departure, the circumstances of Defendant's case, and his behavior while incarcerated, the parties jointly recommend a reduction of Defendant's sentence from 210 months to 168 months.

Whether to grant a reduction of sentence pursuant to §3582(c)(2) is within the discretion of the court.  *United States v. Ursery*, 109 F.3d 1129, 1137 (6th Cir. 1997).  In considering whether a reduced sentence is appropriate, this court must consider the factors in 18 U.S.C. §3553(a) to the extent that they are applicable.  *See* §3582(c)(2).

Upon consideration of Defendant's motion, the statutory sentencing factors set forth in §3553(a), and the joint recommendation of the parties, the Court concludes that Defendant's offense level should be reduced from a 37 to a 35, which yields a new advisory guideline range of 168 to 210 months.  Therefore, a reduction of Defendant's term of incarceration is appropriate in light of the reduction in the applicable guideline range.  The sentence of 210 months incarceration previously imposed in this case is hereby reduced to a term of incarceration of 168 months on Counts 1, 9, 10 and 12.  Again, the sentence of 60 months on Count 11 remains unchanged and is to be served consecutive to the 168 months.  Under Amendment 782, Defendant's release date shall be no earlier than November 1, 2015.  Except as provided above, all other provisions of the judgment previously entered in this case shall remain in effect.

The Clerk shall remove Documents 450 and 451 from the Court's pending motion's list.

**IT IS SO ORDERED.**

      */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

*Order Date:*    *April 16, 2015*

*Effective Date: November 1, 2015*

-3-